IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES HENRY WHITE, <br> AIS 145017, <br><br> Petitioner, <br><br> vs. <br><br> WALTER T. MYERS <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 16-0571-CG-C <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 22, 2016 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama. The Clerk of Court is directed to take the appropriate steps to effect the transfer.

**DONE and ORDERED** this 19th day of December, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE